# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES HENNIGH,<br><br>Defendant. | Case No. 2:25-cr-00248-GMN-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 7, 2026 at 11:00 a.m., be vacated and continued to April 10, 2026 at the hour of 9:00 a.m.

DATED this 15 day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE