RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Daniel James Hennigh

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DANIEL JAMES HENNIGH,<br><br>     Defendant. | Case No. 2:25-cr-00248-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Daniel James Hennigh, that the Sentencing Hearing currently scheduled on April 10, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.      The defendant is facing state charges arising from the same conduct charged here.

2.  Defense counsel needs additional time to work with the defendant's state attorney to resolve the state case before the sentencing in this matter.

3.  The defendant is in custody and agrees with the need for the continuance.

4.  The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED March 17, 2026.


RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the
United States


By */s/ Joanne L. Diamond*
JOANNE L. DIAMOND
Assistant Federal Public Defender

By */s/ Afroza Yeasmin*
AFROZA YEASMIN
Assistant United States Attorney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

DANIEL JAMES HENNIGH,

      Defendant.

Case No. 2:25-cr-00248-GMN-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 10, 2026 at 9:00 a.m., be vacated and continued to _July 15, 2026_ at the hour of 10:00 a.m.

DATED this __17__ day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE

3