RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Daniel James Hennigh

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DANIEL JAMES HENNIGH,<br><br>     Defendant. | Case No. 2:25-cr-00248-GMN-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Afroza Yeasmin, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Daniel James Hennigh, that the Sentencing Hearing currently scheduled on July 15, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1.     The defendant is facing state charges arising from the same conduct charged here.

2.     Defense counsel needs additional time to work with the defendant's state attorney to resolve the state case before sentencing in this matter.

3.     In addition, the defendant has recently begun receiving medical treatment at the Nevada Southern Detention Center. The additional time requested would allow him to complete that treatment before his transfer back to state custody.

4.     The defendant is in custody and agrees with the need for the continuance.

5.     The parties agree to the continuance.

This is the third request for a continuance of the sentencing hearing.

DATED July 7, 2026.

RENE L. VALLADARES  
Federal Public Defender

TODD BLANCHE  
Acting Attorney General of the United States

By */s/ Joanne L. Diamond*  
JOANNE L. DIAMOND  
Assistant Federal Public Defender

By */s/ Afroza Yeasmin*  
AFROZA YEASMIN  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL JAMES HENNIGH,

Defendant.

Case No. 2:25-cr-00248-GMN-NJK

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 15, 2026 at 10:00 a.m., be vacated and continued to October 13, 2026 ___ at the hour of 10:00 a.m.

DATED this _7_ day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE

3